IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TERMINIX INTERNATIONAL, INC.                                              PLAINTIFF

VS.                              CASE NO. 05-CV-1065

GLENN CRISEL and
SHARON CRISEL                                                             DEFENDANTS

## ORDER

It has been brought to the Court's attention that its previous order granting admission pro hac vice to Thomas F. Campbell and Raymond L. Bronner in the above styled and numbered case was in error. Mr. Campbell and Mr. Bronner wish to appear on behalf of the Defendants in this matter, Glenn Crisel and Sharon Crisel, not the Plaintiff as stated in their Motion for Admittance Pro Hac Vice. Therefore, the Court hereby amends its previous order and hereby admits Thomas F. Campbell and Raymond L. Bronner, both with the law firm of Campbell Law PC, The Concourse At Riverchase, 100 Concourse Parkway, Suite 115, Birmingham, Alabama 35244, to appear before the Court on behalf of the Defendants Glenn Crisel and Sharon Crisel in the above styled and numbered case. The United States District Court for the Western District of Arkansas is a Case Management/Electronic Case Filing (CM/ECF) Court. In order to receive electronic notification of future activity in this case and file pleadings electronically, each attorney should enter a separate Notice of Appearance and register for CM/ECF with the Clerk of the Court.

IT IS SO ORDERED, this 15th day of February, 2006.

                                                                                  /s/Harry F. Barnes
                                                                                 Hon. Harry F. Barnes
                                                                                 United States District Judge