IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.                                                PETITIONERS

VS.                            CASE NO. 05-CV-1065

GLENN CRISEL and
SHARON CRISEL                                                    RESPONDENTS

## ORDER

Pursuant to the opinion issued this day, it is hereby ORDERED that Respondents' Motion to Dismiss (Doc. Nos. 11 and 12) is hereby **denied** and Petitioners' Second Amended Petition to Compel Arbitration and to Stay State Court Action (Doc. No. 8) is hereby **granted**. Respondents, Glenn and Sharon Crisel, shall proceed to arbitrate their claims against Petitioners, The Terminix International Company, L.P. and Terminix International, Inc., in accordance with the express terms of the arbitration clause contained in the Termite Protection Plan. All judicial proceedings in the state court case of *Glenn Crisel and Sharon Reed-Crisel v. The Terminix International Company L.P. and Terminix International, Inc., et al.,* Circuit Court of Union County, Arkansas, Case No. CV-2005-0264-4 are hereby **stayed** until the arbitration of the Crisel's claims against Terminix is concluded. This case is hereby administratively terminated, without prejudice to the right of the parties to reopen the proceedings in order to enforce the arbitrator's decision.

IT IS SO ORDERED, this 23rd day of August, 2006.

                                                                        /s/Harry F. Barnes
                                                                        Hon. Harry F. Barnes
                                                                        United States District Judge