IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.     PETITIONER

VS.     CASE NO. 05-1065

GLENN CRISEL and SHARON CRISEL     RESPONDENTS

## ORDER

    Pursuant to the opinion issued this day , it is hereby ordered that the Crisels' Motion to Set Aside Order and to Reconsider Order is DENIED IN PART and GRANTED IN PART.  The Court will not abstain from exercising its jurisdiction over this case.  However, the Court will vacate its order granting Terminix's Petition to Compel Arbitration and staying the state court action.  The stay in the pending state court action, *Glenn Crisel and Sharon Reed-Crisel v. The Terminix International, Inc., et al.*, Circuit Court of Union County, Arkansas, Case No. CV-2--5-0264-4, is hereby LIFTED.

    IT IS SO ORDERED, this 3d day of November, 2008.

                              /s/Harry F. Barnes
                              Hon. Harry F. Barnes
                              United States District Judge