IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.                                              PETITIONERS

VS.                               CASE NO. 05-CV-1065

GLEN CRISEL and SHARON CRISEL                                    RESPONDENTS

## ORDER

The above styled and numbered case is hereby administratively terminated and removed from the Court's trial docket pending the completion of discovery in the parties' state court action, *Glenn Crisel and Sharon Reed-Crisel v. The Terminix Interational, Inc., et al.,* Circuit Court of Union County, Arkansas, Case No. CV-2-5-0264-4. The case will be reopened upon notification by the parties that discovery has been concluded.

IT IS SO ORDERED, this 28th day of January, 2010.

                                                /s/Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                United States District Judge